# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CORY MCDONALD, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GORE NITROGEN PUMPING SERVICE, LLC et al.,<br><br>    Defendants. | Case No. CIV-18-1010-G |

## DEFENDANTS' NOTICE OF SERVICE OF RULE 26(a) DISCLOSURES

Defendants, Gore Nitrogen Pumping Service, LLC and Gary Gore, by and through their counsel of record, state Defendants' Rule 26(a) Disclosures were served on Plaintiff's counsel of record on March 1, 2019, *via* electronic mail.

Respectfully submitted,

/s/ Brock Z. Pittman
J. Clay Christensen (OBA #11789)
T.P. Howell (OBA #10347)
Lisa M. Molsbee (OBA #19530)
Brock Z. Pittman (OBA #32853)
CHRISTENSEN LAW GROUP, P.L.L.C.
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma  73116
Telephone:  (405) 232-2020
Facsimile:   (405) 228-1113
clay@christensenlawgroup.com
lynn@christensenlawgroup.com
lisa@christensenlawgroup.com
brock@christensenlawgroup.com
*Attorneys Defendants Gore Nitrogen Pumping Service, LLC and Gary Gore*

## **CERTIFICATE OF SERVICE**

  This shall certify that on this 1st day of March, 2019, a true and correct copy of the above and foregoing was sent electronically to the Clerk of the Court using the CM/ECF System and transmittal of a Notice of Electronic Filing to the following counsel registered for ECF in this case:

| | |
|---|---|
| Steven T. Horton<br>HORTON LAW FIRM<br>114 N.W. 6th Street, Suite 201<br>Oklahoma City, OK 73102<br>shorton@coxinet.net<br><br>*Attorney for Plaintiff* | Travis M. Hedgpeth<br>THE HEDGPETH LAW FIRM, PC<br>5438 Rutherglenn Drive<br>Houston, TX 77096<br>travis@hedgpethlaw.com<br><br>*Attorney for Plaintiff* |

          /s/ Brock Z. Pittman
          Brock Z. Pittman