## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CORY MCDONALD, individually, and on behalf of all others similarly situated,**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**GORE NITROGEN PUMPING SERVICE, LLC, and GARY GORE,**<br><br>    **Defendants.** | Case No. CIV-18-1010-G |

ENTER ORDER:

A settlement conference was held this date in the above case. Plaintiff Cory McDonald, appeared in person, and by lead trial counsel, Travis M. Hedgpeth. Defendants Gary Gore, individually, and Gore Nitrogen Pumping Service, LLC, appeared by Gary Gore and Shawn Gore and by lead trial counsel for Defendants, J. Clay Christensen and Brock Z. Pittman.

The case settled and a 30 day administrative closing order will be entered.

ABOVE ORDER ENTERED BY DIRECTION OF UNITED STATES MAGISTRATE JUDGE GARY M. PURCELL.

CARMELITA REEDER SHINN, Clerk

By:   /s/ Carrie Sims

Dated:  March 4, 2019
Copies to parties of record

cc: Jacob Buckle
    Marcia Davis