UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CORY MCDONALD, individually and on behalf of all others similarly situated,** ) ) ) ) <br> **Plaintiff,** ) ) <br> v. ) <br> ) <br> **GORE NITROGEN PUMPING SERVICE, LLC, and GARY GORE,** ) ) ) ) <br> **Defendants.** ) | Case No. CIV-18-1010-G |

## ADMINISTRATIVE CLOSING ORDER

Having been advised that the parties have reached a settlement and compromise in this matter, the Court ORDERS the Clerk of the Court to administratively terminate this action in her records without prejudice to the rights of the parties to reopen the proceedings for good cause shown for the entry of any stipulation or order or for any other purpose required to obtain a final determination of the litigation.

If the parties have not moved to reopen this matter within 30 days of this date or moved to extend the administrative closure prior to the expiration of this 30-day period, all claims and causes of action asserted in this case shall be deemed dismissed with prejudice.

IT IS SO ORDERED this 4th day of March, 2019.

_____
CHARLES B. GOODWIN
United States District Judge