## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CORY MCDONALD, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | Case No. CIV-18-1010-G |
| GORE NITROGEN PUMPING SERVICE, LLC et al., | |
| Defendants. | |

## **JOINT STIPULATION OF DISMISSAL**

COMES NOW Plaintiff, Cory McDonald, individually and on behalf of all others similarity situated, and Defendants, Gore Nitrogen Pumping Service, LLC and Gary Gore, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), announce to the Court that this matter has been settled and by stipulation of the parties all claims and counterclaims in this matter should be dismissed with prejudice with each party to bear its own costs and attorneys' fees.

Submitted this 1st day of April, 2019.

*/s/ Travis M. Hedgpeth*
**Travis M. Hedgpeth**
Texas Bar # 24074386
**THE HEDGPETH LAW FIRM, PC**
5438 Rutherglenn Drive
Houston, Texas 77096
Telephone: (512) 417-5716
travis@hedgpethlaw.com
Steven T. Horton, OBA No. 14589
HORTON LAW FIRM
114 N.W. 6th Street, Suite 201
Oklahoma City, Oklahoma 73102
Telephone: 405/606-8080
Facsimile:  405/606-8088
E-mail: shorton@coxinet.net

**ATTORNEYS FOR PLAINTIFF**


/s/ Brock Z. Pittman
J. Clay Christensen (OBA #11789)
T.P. Howell (OBA #10347)
Lisa M. Molsbee (OBA #19530)
Brock Z. Pittman (OBA #32853)
CHRISTENSEN LAW GROUP, P.L.L.C.
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma  73116
Telephone:  (405) 232-2020
Facsimile:   (405) 228-1113
clay@christensenlawgroup.com
lynn@christensenlawgroup.com
lisa@christensenlawgroup.com
brock@christensenlawgroup.com

**ATTORNEYS FOR DEFENDANTS**